UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-20884-UU

CRUISE PARTNERS, LLC,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD., etc.,

    Defendant.

_____

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Cruise Partners, LLC and Defendant Royal Caribbean Cruises Ltd. ("RCCL") (collectively referred to "the parties") file this joint motion to extend the deadline for RCCL to respond to the Complaint from April 2, 2020 to May 2, 2020 and the deadline for the parties to hold the Rule 26(f) conference from April 3, 2020 to May 3, 2020. In support of this Motion, the parties state the following:

    1.    The Complaint in this action was filed on February 28, 2020 [ECF No. 1]. RCCL was served with process on March 12, 2020.

    2.    On March 13, 2020, the President of the United States issued a proclamation declaring a National Emergency in response to the Coronavirus Disease-2019 ("COVID-19") pandemic pursuant to the National Emergencies Act (50 U.S.C. § 1601, et seq.).

    3.    On March 14, 2020, RCCL ceased all global cruise operations and on March 17, 2020, RCCL closed its U.S. Shoreside offices as a result of the COVID-19 pandemic.

    4.    The global COVID-19 pandemic and its associated shelter in place orders have disrupted the parties and their respective counsel's ordinary business operations. As a result, the

parties are jointly requesting that current deadlines be extended to enable RCCL to gather the information necessary to adequately respond to the Complaint and the parties to meaningfully confer regarding a proposed case schedule. The unprecedented situation presented by COVID-19 thus constitutes good cause for the extensions of time sought herein.

5. Given the current situation surrounding the global COVID-19 pandemic and its impact on the parties' and this Court's operations, the proposed extensions of time will not prejudice either party or the Court.

For the foregoing reasons, the parties respectfully request that the deadline for RCCL to respond to the Complaint from April 2, 2020 to May 2, 2020 and the deadline for the parties to hold the Rule 26(f) conference from April 3, 2020 to May 3, 2020. A proposed order is attached.

**CERTIFICATE OF CONFERRAL UNDER LOCAL RULE 7.1(a)(3)**

Undersigned counsel for Cruise Partners and RCCL certify that they conferred and are in agreement with the relief requested in this Motion.

Dated: April 2, 2020.                                   Respectfully submitted,

*/s/ Nicholas Gieseler*                                  */s/Yamilet Hurtado*
Nicholas Gieseler                                        Yamilet Hurtado
Florida Bar No. 0043979                                  Florida Bar No. 95607
GIESELER & GIESELER, P.A.                                Royal Caribbean Cruises, Ltd.
789 South Fed. Highway, Suite 301                        105o Caribbean Way
Stuart, Florida 34994                                    Miami, Florida 33132
Phone: (888)202-2402                                     Tel. 305.539.6334
Fax: (888) 757-6820
nmg@gieselerlaw.com                                      yhurtado@rccl.com

***Counsel for Cruise Partners, LLC***        ***Counsel for Royal Caribbean Cruises, Ltd.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               */s/Yamilet Hurtado*
                                               Yamilet Hurtado

## **SERVICE LIST**

| | |
|---|---|
| Nicholas Gieseler<br>Florida Bar No. 0043979<br>GIESELER & GIESELER, P.A.<br>789 South Fed. Highway, Suite 301<br>Stuart, Florida 34994<br>Phone: (888)202-2402<br>Fax: (888) 757-6820<br>nmg@gieselerlaw.com<br><br>***Counsel for Cruise Partners, LLC*** | Yamilet Hurtado<br>Florida Bar No. 95607<br>Royal Caribbean Cruises, Ltd.<br>1050 Caribbean Way<br>Miami, Florida 33132<br>Tel. 305.539.6334<br><br>yhurtado@rccl.com<br><br>***Counsel for Royal Caribbean Cruises, Ltd.*** |