UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20884-UU

CRUISE PARTNERS, LLC,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On April 16, 2020, the Court entered a Scheduling Order requiring the parties to file a Joint Pretrial Stipulation and Proposed Findings of Fact and Conclusions of Law no later than November 13, 2020. D.E. 9. To date, no such Pretrial Stipulation or Proposed Findings of Fact and Conclusions of Law have been filed. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Thursday, November 19, 2020**, as to why this case should not be dismissed for failure to comply with the Court's Scheduling Order. Further, the parties SHALL file the Joint Pretrial Stipulation and Proposed Findings of Fact and Conclusions of Law by that date. Failure to comply with this order will result in the immediate dismissal of this action without further notice.

DONE AND ORDERED in Chambers, Miami, Florida, this 17th_ day of November, 2020.

                                            _____
                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record