UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-20884-UU

CRUISE PARTNERS, LLC,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD., etc.,

    Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDCIE

    Plaintiff Cruise Partners, LLC and Defendant Royal Caribbean Cruises Ltd., through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), file this joint stipulation of voluntary dismissal of Plaintiff's claims in this action. Said voluntary dismissal is **without prejudice**, the parties to bear their own costs.

Dated:  November 17, 2020.                    Respectfully submitted,

*/s/ Nicholas Gieseler*                       */s/Yamilet Hurtado*
Nicholas Gieseler                             Yamilet Hurtado
Florida Bar No. 0043979                       Florida Bar No. 95607
GIESELER & GIESELER, P.A.                     Royal Caribbean Cruises, Ltd.
789 South Fed. Highway, Suite 301             105o Caribbean Way
Stuart, Florida 34994                         Miami, Florida 33132
Phone: (888)202-2402                          Tel. 305.539.6334
Fax: (888) 757-6820
nmg@gieselerlaw.com                           yhurtado@rccl.com

***Counsel for Cruise Partners, LLC***        ***Counsel for Royal Caribbean Cruises, Ltd.***

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**s/ Nicholas M. Gieseler**
NICHOLAS M. GIESELER
Fla. Bar No. 0043979
nmg@gieselerlaw.com

GIESELER & GIESELER P.A.
789 South Fed. Hwy, Suite 301
Stuart, Florida 34994
Phone:  (888) 202-2402
Fax:      (888) 757-6820

Counsel for Plaintiff
Cruise Partners, LLC

## SERVICE LIST

| | |
|---|---|
| Nicholas Gieseler<br>Florida Bar No. 0043979<br>GIESELER & GIESELER, P.A.<br>789 South Fed. Highway, Suite 301<br>Stuart, Florida 34994<br>Phone: (888)202-2402<br>Fax: (888) 757-6820<br>nmg@gieselerlaw.com<br><br>***Counsel for Cruise Partners, LLC*** | Yamilet Hurtado<br>Florida Bar No. 95607<br>Royal Caribbean Cruises, Ltd.<br>1050 Caribbean Way<br>Miami, Florida 33132<br>Tel. 305.539.6334<br><br>yhurtado@rccl.com<br><br>***Counsel for Royal Caribbean Cruises, Ltd.*** |