UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20884-UU

CRUISE PARTNERS, LLC,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal Without Prejudice (the "Stipulation"). D.E. 17. The Court having considered the Stipulation and the pertinent portions of the record and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation is approved, and this case is hereby DISMISSED WITHOUT PREJUDICE, with each party bearing its own attorneys' fees and costs. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this 20th day of November, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record